938

No. 86–5519.  CHIRA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–5523.  TONEY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86–5525.  CLEARY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 86–5536.  CAMPO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–5543.  MILLER v. BEORN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–5552.  NELSON v. THIERET, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 86–5556.  FARESE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–5563.  JONES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 86–5575.  SMITH v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–5577.  KIMBERLIN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–5578.  BRINAS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–5583.  WREN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–1962.  RIDDICK ET AL. v. SCHOOL BOARD OF CITY OF NORFOLK ET AL.  C. A. 4th Cir.  Motion of Lawyers' Committee for Civil Rights Under Law et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 86–326.  BOARD OF EDUCATION OF THE OKLAHOMA CITY PUBLIC SCHOOLS, INDEPENDENT DISTRICT NO. 89 v. DOWELL ET AL.  C. A. 10th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.